UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER R GIFFORD,

    Plaintiff,

v.

ESTATE OF GEORGE BUSH, et al.,

    Defendants.

Case No. 20-mc-51555
Honorable Laurie J. Michelson

## ORDER DISMISSING CASE

Alexander Gifford attempted to file two civil suits in this Court on December 22, 2020. This case, against the estate of George Bush, George W. Bush, and other high-ranking government officials, seems to allege that the United States government inflicted emotional distress and other harm on Gifford by secretly informing him in 1996 of the impending September 11, 2001, terrorist attacks. (ECF No. 1.) But Gifford has been enjoined from filing a new action in the Eastern District of Michigan without first obtaining leave from the Court because of the numerous frivolous and vexatious suits he has filed in this District. *See Gifford et al v. United States of America et al*, No. 20-cv-13187 (E.D. Mich. Dec. 17, 2020) (Ludington, J.); (ECF No. 1-1.).

The Court has reviewed the docket and sees no indication that Gifford sought or obtained the requisite leave. Nor will this Court grant Gifford leave. The Court

has reviewed the proposed complaint Gifford filed and finds that it is clearly frivolous. Thus, the Court DISMISSES this action.

SO ORDERED.

Dated: December 29, 2020

                                             s/Laurie J. Michelson
                                             LAURIE J. MICHELSON
                                             UNITED STATES DISTRICT JUDGE